UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re: NATIONAL WESTERN LIFE INSURANCE DEFERRED ANNUITIES LITIGATION,<br><br>Plaintiff, | Civil No.  05CV1018-JLS(LSP)<br><br>**ORDER DENYING MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER (DOC. 91)** |

Puritan Financial Group, Inc. (hereafter "Puritan") seeks protection from a subpoena for production of documents issued by the United States District Court for the Northern District of Texas and served by the Plaintiffs in the above-captioned case. Jurisdiction to enforce, quash, or otherwise modify a subpoena lies in the issuing court. Fed. R. Civ. P. 45(c) (1) & (3)(A).  Therefore, Puritan's motions are DENIED without prejudice.

DATED: October 2, 2007

_____
Hon. Leo S. Papas
U.S. Magistrate Judge

1