ROBERT W. FISCHER, JR. (Bar No. 57001)
  rfischer@fulbright.com
PETER H. MASON (Bar No. 71839)
  pmason@fulbright.com
SPENCER PERSSON (Bar No. 235054)
  spersson@fulbright.com
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

KENT R. KELLER (BAR NO. 43463)
  kkeller@barwol.com
LARRY M. GOLUB (Bar No. 110545)
  lgolub@barwol.com
**BARGER & WOLEN LLP**
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
NATIONAL WESTERN LIFE INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>NATIONAL WESTERN LIFE INSURANCE DEFERRED ANNUITIES LITIGATION<br><br><br>This Document Relates to:<br><br>  ALL ACTIONS. | Case No. 05 CV 1018 JLS (LSP)<br><br>(Honorable Janis L. Sammartino)<br><br>**JOINT MOTION FOR ADDITIONAL EXTENSION OF BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION DUE TO UNFORESEEN HEALTH ISSUES OF AN EXPERT WITNESS** |

On April 20, 2009, plaintiffs filed their motion for class certification. After reviewing plaintiffs' motion, and the four class representative declarations and the two expert declarations filed in support thereof, defendant National Western Life Insurance Company ("NWL") concluded that it would need additional time to take discovery in order to oppose plaintiffs' motion. Therefore, on May 29, 2009, the parties filed a Joint Motion for Additional Extension of Briefing and Hearing Schedule on Plaintiffs' Motion for Class Certification. This Court granted that motion on June 4, 2009, which required NWL to file its opposition no later than July 17, 2009, plaintiffs to file their reply no later than September 24, 2009, and for the hearing on the motion to occur on October 29, 2009.

NWL conducted the depositions of the named plaintiffs from May 19 to May 27, 2009, and took the deposition of plaintiffs' expert Dr. Steven Grenadier on June 12, 2009. The deposition of plaintiffs' other expert, Jeffrey Dellinger, was scheduled to take place on June 10, 2009, but was postponed because he was forced to undergo emergency surgery. Due to Mr. Dellinger's need to recuperate from his surgery and the parties' schedules, Mr. Dellinger's deposition will not be conducted until August 6, 2009. NWL believes that it is important to depose Mr. Dellinger and provide Mr. Dellinger's testimony to its experts prior to filing its opposition because Mr. Dellinger has offered opinions supporting the bases upon which plaintiffs seek class certification.

Therefore, due to the unforeseen circumstances relating to Mr. Dellinger's health, the parties request a further extension to complete the briefing relating to plaintiffs' motion for class certification. Plaintiffs and NWL respectfully and jointly request that:

1. NWL shall file its opposition no later than September 4, 2009;
2. Plaintiffs shall file their reply in support of class certification no later than November 12, 2009; and

3. The parties respectfully request a hearing date of December 18, 2009, or as soon thereafter as is convenient for the Court.

Dated: July 1, 2009

KENT R. KELLER
LARRY M. GOLUB
**BARGER & WOLEN LLP**

ROBERT W. FISCHER, JR.
PETER H. MASON
SPENCER PERSSON
**FULBRIGHT & JAWORSKI L.L.P.**


By     /s/ Spencer Persson
       SPENCER PERSSON
       Attorneys for Defendant
       NATIONAL WESTERN LIFE INSURANCE COMPANY

Dated: July 1, 2009

JOHN J. STOIA, JR.
THEODORE J. PINTAR
RACHEL L. JENSEN
PHONG L. TRAN
STEVEN M. JODLOWSKI
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**


By     /s/ Theodore J. Pintar
       THEODORE J. PINTAR
       Co-Lead and Interim Class Counsel

Dated: July 1, 2009

STEPHEN R. BASSER
SAMUEL M. WARD
**BARRACK, RODOS & BACINE**


By     /s/ Stephen R. Basser
       STEPHEN R. BASSER
       Co-Lead and Interim Class Counsel

DOCUMENT PREPARED ON RECYCLED PAPER

| | |
|---|---|
| 1 | Additional Plaintiffs' Counsel: |
| 2 | MARK L. KNUTSON |
|   | HOWARD D. FINKELSTEIN |
| 3 | **FINKELSTEIN & KRINSK** |
| 4 | ANDREW S. FRIEDMAN |
|   | ELAINE A. RYAN |
| 5 | PATRICIA N. SYVERSON |
|   | **BONNETT, FAIRBOURN, FRIEDMAN &** |
| 6 | **BALINT, P.C.** |
| 7 | WILLIAM M. SHERNOFF |
|   | EVANGELINE F. GARRIS |
| 8 | **SHERNOFF, BIDART & DARRAS** |
| 9 | JOHN A. YANCHUNIS |
|   | **JAMES, HOYER, NEWCOMER &** |
| 10 | **SMILJANICH, P.A.** |
| 11 | JEROME M. MARCUS |
|   | JONATHAN AUERBACH |
| 12 | **MARCUS AUERBACH LLC** |
| 13 | DAVID S. SENOFF |
|   | **BILLET & CONNOR P.C.** |
| 14 | |
|   | GARY P. LIGHTMAN |
| 15 | GLENN A. MANOCHI |
|   | **LIGHTMAN, MANOCHI & CHRISTENSEN** |
| 16 | |
|   | JACOB A. GOLDBERG |
| 17 | **JACOB A. GOLDBERG, LLC** |
| 18 | ALAN F. MARKOVITZ |
|   | **ALAN F. MARKOVITA, ATTORNEY** |
| 19 |   **AT LAW** |
| 20 | INGRID M. EVANS |
|   | DAVID L. CHENG |
| 21 | **WATERS KRAUS** |

# PROOF OF SERVICE

I hereby certify that on July 1, 2009, I electronically filed the JOINT MOTION FOR ADDITIONAL EXTENSION OF BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION DUE TO UNFORESEEN HEALTH ISSUES OF AN EXPERT WITNESS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the following:

| | |
|---|---|
| Steven Richard Basser | sbasser@barack.com |
| David Lishian Cheng | dcheng@watersskraus.com |
| Ingrid M. Evans | ievans@waterskraus.com |
| Robert W. Fischer, Jr. | rfischer@fulbright.com |
| Andrew S. Friedman | afriedman@bffb.com |
| Larry Mark Golub | lgolub@barwol.com |
| Steven M. Jodlowski | sjodlowski@csgrr.com |
| Peter H. Mason | pmason@fulbright.com |
| Spencer Persson | spersson@fulbright.com |
| Theodore Joseph Pintar | TedP@csgrr.com |
| John J. Stoia, Jr. | johns@lerachlaw.com |
| Phong Le Tran | ptran@csgrr.com |

I hereby certify that I have mailed the same via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List as follows:

| | |
|---|---|
| Elaine Ryan<br>Bonnett Fairbourn Friedman & Balint<br>2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ 85012 | William J. Ban<br>Barrack Rodos & Bacine<br>Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103 |

I certify under penalty under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California, on the 1st day of July, 2009.

/s/ Katherine Brandenburg
Katherine Brandenburg

65305334.1

05 CV 1018 JLS (LSP)